[No. 33698-1-III.  Division Three.  July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY H. LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-03026-7, James M. Triplet, J., entered July 23, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33813-4-III.  Division Three.  July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK LEVI RHYNARD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-01213-3, Robert G. Swisher, J., entered September 3, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 67484-6-I.  Division One.  July 25, 2016.]

*In the Matter of the Personal Restraint of* JEFFREY ROBERT MCKEE, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 72651-0-I.  Division One.  July 25, 2016.]

2200 RESIDENTIAL ASSOCIATION, *Respondent*, v. JOSEPH GRACE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-40725-6, Roger Rogoff, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.